U.S. District Court<br>District of North Dakota (Western)

| | |
|---|---|
| United States of America,         ) | Cr. No.:  1:20-mj-00336 |
|         Plaintiff,   ) | |
| ) | STIPULATION FOR |
| vs.   ) | SUBSTITUTION OF COUNSEL |
| Frank Charles Grady,   ) | |
| ) | |
|         Defendant.   ) | |

COMES NOW the undersigned and presents to the Court the following:

I.

That Paul H. Myerchin, was appointed as the Defendant's CJA counsel to represent him in this action.

II.

That the Defendant has requested that Paul H. Myerchin not continue with further representation of him.

III.

That Defendant has retained Reed A. Soderstrom and the Pringle & Herigstad Law Firm to represent him through any further proceedings in regards to the above entitled action.

IV.

That Reed A. Soderstrom agrees to proceed with legal representation of the Defendant in this action.

WHEREFORE, the undersigned does hereby request that the Court's record reflect that Reed A. Soderstrom shall be the attorney of record for the Defendant and that all interested parties be given notice thereof, and that Paul H. Myerchin shall be released from any further representation in the above entitled matter.

Dated this 17th day of August, 2020.

                        PRINGLE & HERIGSTAD, P.C.

               BY: */s/ Reed A. Soderstrom*
                    Reed A. Soderstrom ID   #04759
                    Attorney for Defendant
                    2525 Elk Drive
                    P.O. Box 1000
                    Minot, ND   58702-1000
                    701-852-0381
                    rsoderstrom@pringlend.com

Dated this __17th__ day of August, 2020.

                        BORMANN, MYERCHIN, ESPESETH &
                        EDISON, LLP

               BY: _____
                    Paul H. Myerchin ID #05412
                    PO Box 995
                    Bismarck, ND   58502-0995
                    701-250-8968
                    pmyerchin@bmellp.com

## CERTIFICATE OF SERVICE

I certify that on the ___17th___ day of August, 2020, the following documents:

Stipulation for Substitution of Counsel, and proposed Order was filed electronically with the Clerk of Court through ECF and the ECF will send a Notice of Filing (NEF) to the following:

Paul H. Myerchin ID #05412
PO Box 995
Bismarck, ND   58502-0995
701-250-8968
pmyerchin@bmellp.com

                                          Reed A. Soderstrom

2